CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AARON ARELLANES-JARQUIN,<br>Defendant. | NO. 26-MJ-070962 ~~NC~~ MAG<br>NOTICE OF DISMISSAL & ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint against Aaron Arellanes-Jarquin.

DATED: August 4, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s Jeff Mitchell
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the criminal complaint against Aaron Arellanes-Jarquin.

Date: 8/5/2026

HON. JAMES DONATO
United States District Judge