IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON ARELLANES-JARQUIN,

Defendant.

Case No. 26-MJ-70962 NC

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONDING BRIEF**

GOOD CAUSE APPEARING, the administrative motion of Defendant Aaron Arellanes-Jarquin for leave to file a responding brief regarding the stay issue is GRANTED. The brief is due August 27, 2026, and shall not exceed 5 pages.

IT IS SO ORDERED.

Dated: August 24, 2026

NATHANAEL M. COUSINS
United States Chief Magistrate Judge