JODI LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant Arellanes-Jarquin

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON ARELLANES-JARQUIN,

Defendant.

**Case No.:** CR 26–70962 NC

**PARTIES' JOINT STATEMENT REGARDING DISCOVERY AND PROPOSED STIPULATIONS; PROPOSED BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER**

The parties in the above-captioned matter respectfully submit this joint statement regarding the status of the case.

First, the parties have met and conferred regarding the defense's discovery requests. The government has advised that it will not produce any discovery in response to those requests. *See*, e.g., Exb. B–C to Def.'s Mot. to Modify Dismissal Order, Dkt. No. 20.

Second, the parties continue to discuss whether they can reach stipulations on issues of fact or law to streamline the evidentiary hearing. The defense maintains that the government's refusal to produce the requested discovery, including Mr. Arrelanes-Jarquin's A-file, impedes

defense counsel's ability to meaningfully evaluate and agree to certain factual stipulations. The government disagrees with this position.

Given the anticipated litigation over the outstanding discovery requests, the parties jointly request that the Court vacate the October 29, 2026, evidentiary hearing and set a new date after the Court resolves the outstanding discovery issues.

Accordingly, the parties respectfully propose the following schedule for the defense's motion to compel discovery:

| | |
|---|---|
| **Defense Motion:** | October 23, 2026 |
| **Government Opposition:** | November 6, 2026 |
| **Defense Reply:** | November 13, 2026 |
| **Hearing:** | To be set at the Court's discretion. |

In the event that the parties are able to reach stipulations, they will be submitted with the defense motion.

Respectfully submitted,

DATED: October 9, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s
NEAL HONG
Assistant United States Attorney

JODI LINKER
Federal Public Defender

DATED: October 9, 2026

/s
VARELL L. FULLER
Assistant Federal Public Defender
Counsel for Aaron Arellanes-Jarquin

//

//

//

//

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court hereby sets the following briefing schedule on the defense's motion to compel discovery:

| | |
|---|---|
| **Defense Motion:** | October 23, 2026 |
| **Government Opposition:** | November 6, 2026 |
| **Defense Reply:** | November 13, 2026 |
| **Hearing:** | To be set at the Court's discretion. |

The evidentiary hearing currently scheduled for October 29, 2026, is hereby VACATED.

IT IS SO ORDERED.

DATED: October 9, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge